Case: 3:06-cv-00023-jcs   Document #: 25   Filed: 09/14/06   Page 1 of 1

Document Number 25
Case Number 06-C-0023-S
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
09/14/2006 09:07:18 AM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

ALIGN TECHNOLOGY, INC.,

        Plaintiff,                    AMENDED ORDER

v.                                            06-C-023-S

ORTHOCLEAR, INC.,

        Defendant.

_____

The Court having been advised that the above entitled matter is presently proceeding before the International Trade Commission,

ORDER

IT IS ORDERED that the above entitled action is DISMISSED without prejudice subject to its reopening upon the completion of the Commission's proceedings where all issues have not been rendered fully dispositive.

IT IS FURTHER ORDERED that any order to reopen shall place this case at the head of the docket for that immediate judicial attention which may be appropriate.

Entered this 14th day of September, 2006.

BY THE COURT:

S/

_____
JOHN C. SHABAZ
District Judge